UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRUCE WILLIAM SNOW,

Petitioner,

v.

PATRICK COVELLO,

Respondent.

No. 2:17-cv-00928 JAM DB P

ORDER

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 26, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 26, 2021 (ECF No. 20) are adopted;

2. Respondent's motion to dismiss the petition (ECF No. 16) is granted;

3. This action is dismissed as untimely; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 for the reasons set forth in the findings and recommendations.

DATED: April 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE